ARLENE HOLZHEIMER, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. ESTELLE E. BYRD, *ET AL.*, DEFENDANTS-
PETITIONERS.

*Messrs. Harkavy & Lieb* for the petitioners.

*Messrs. Wilentz, Goldman, Spitzer & Sills* and *Mr. Malthias D. Dileo* for the respondents.

February 26, 1962.   Denied.